Coös,
March 3, 1910.

STATE (*ex rel.* O'CONNOR) *v.* DREW.

HABEAS CORPUS. The writ was issued and the petitioner was brought before the court at the April term, 1909. Upon hearing, the court (*Plummer,* J.) ordered the petitioner remanded. An exception to the order was allowed, and the petitioner admitted to bail pending its determination.

At the April term, 1908, of the superior court, the petitioner was indicted for violating section 15, chapter 112, Public Statutes, and at the September term, 1908, was found guilty upon a trial by jury. The court imposed a fine of $25 and costs and ordered that the petitioner be confined in jail for sixty days. At the solicitation and request of the petitioner, it was further ordered " that jail sentence be suspended, mittimus to issue on call of solicitor." The solicitor called for the mittimus in June, 1909, and the defendant, who is sheriff of the county, arrested the petitioner on the precept and committed him to jail. The petitioner thereupon applied for this writ.

*Carl Abbott*, for the petitioner.

*Bernard Jacobs*, solicitor, for the defendant.

*Per Curiam.* The question presented was decided in *State* v. *Drew, ante*, 402.

*Exception overruled.*